**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romona Dounyai Sullins,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>　　　　　Defendants. | No.  CIV 06-3105-PHX-SMM (DKD)<br><br>**ORDER** |

　　　　It appearing to the Court that Defendant's[1] Motion for Summary Judgment (Doc. #23), filed November 20, 2007, is now ready for the Court's consideration,

　　　　**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Summary Judgment (Doc. #23).  All other matters shall remain before the Magistrate Judge for disposition as appropriate.

　　　　DATED this 9th day of January, 2008.

　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Deverna.